*LENNES, S.* (handwritten)

CAROLYN D. RICHMOND (CR-0993)
DARRYLL BUFORD (DB-0546)
FOX ROTHSCHILD LLP
100 Park Avenue
Suite 1500
New York, New York 10017
(212) 878-7983

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
COSTIN DUMITRESCU, MARIN ALEXANDRU,
and JOSIP RICOV, on behalf of themselves and
others similarly situated,

          Plaintiffs,

-against-

MR. CHOW ENTERPRISES, LTD., T.C.
VENTURES, INC., MC TRIBECA, LLC, MR.
CHOW NEW YORK ENTERPRISES, INC.,
WILDMAN GROUP, INC., and MICHAEL
CHOW, individually,

          Defendants.
------------------------------------x

07-CV-3601 (PKL)

ECF CASE

**STIPULATION FOR AN ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, that the time for Defendants to serve an Answer or otherwise move with respect to the Complaint shall be extended up to and including August 22, 2007. The extension is necessary because the Complaint alleges collective action allegations involving several entities, and Defendants' counsel requires additional time to investigate and analyze the allegations prior to responding.

NY1 33494v1 07/11/07



Defendants' counsel has accepted service of the Complaint on behalf of all defendants.

Dated: New York, New York
July 11, 2007

BERKE-WEISS & PECHMAN, LLP

By: Louis Pechman (LP-6395)
488 Madison Avenue
New York, New York 10022
(212) 583-9500
Attorneys for Plaintiff

FOX ROTHSCHILD, LLP

By: Carolyn D. Richmond (CR-0993)
Darryll Buford (DB-0546)
100 Park Avenue
New York, New York 10017
(212) 878-7983
Attorneys for Defendants

SO ORDERED 7/16/07

Hon. Peter K. Leisure U.S.D.J.

-2-