FOX ROTHSCHILD LLP
Carolyn D. Richmond (CR-0993)
100 Park Avenue, Suite 1500
New York, New York 10017
Phone: (212) 878-7983
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
COSTIN DUMITRESCU, MARIN ALEXANDRU, :     ECF CASE
and JOSIP RICOV, on behalf of themselves and all :
others similarly situated, :
:     07-CV-3601 (PKL)
                Plaintiffs, :
:
               -against- :     **DEFENDANTS' RULE 7.1**
:     **DISCLOSURE STATEMENT**
MR. CHOW ENTERPRISES, LTD., T.C. :
VENTURES, INC., MC TRIBECA, LLC, MR. :
CHOW NEW YORK ENTERPRISES, INC., :
WILDMAN GROUP, INC., and MICHAEL :
CHOW, individually, :
:
               Defendants. :
:
--------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants MR. CHOW ENTERPRISES, LTD. ("Limited"), T.C. VENTURES, INC. ("T.C. Ventures"), MC TRIBECA, LLC ("Tribeca"), MR. CHOW NEW YORK ENTERPRISES, INC. ("Mr. Chow New York"), and WILDMAN GROUP, INC. ("Wildman") disclose that no publicly held corporation holds any of their stock.

Dated: August 22, 2007           FOX ROTHSCHILD LLP
New York, New York            *Attorneys for Defendants*

                                       */s/ Carolyn D. Richmond*
                                       By: Carolyn D. Richmond (CR-0993)
                                       100 Park Avenue, Suite 1500
                                       New York, New York 10017
                                       (212) 878-7983

## CERTIFICATE OF SERVICE

CAROLYN D. RICHMOND, an attorney admitted to practice in this Court, hereby states that on August 22, 2007, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Louis Pechman, Esq.
*Counsel for Plaintiffs*
Berke-Weiss & Pechman, LLP
488 Madison Avenue, 11th Floor
New York, NY  10022


/s/ Carolyn D. Richmond
Carolyn D. Richmond (CR-0993)