Philip K. Davidoff (PD-7488)
William Carmell (WC-7648)
FORD & HARRISON LLP
100 Park Avenue, 25th Floor
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
COSTIN DUMITRESCU, MARIN                      :
ALEXANDRU, and JOSIP RICOV, on behalf         :   Civil Action No. 07-3601 (PKL)
of themselves and all others similarly situated, :
                                              :
            Plaintiffs,                       :   **NOTICE OF APPEARANCE**
                                              :
    -against-                                 :
                                              :
MR. CHOW ENTERPRISES, LTD., T.C.              :   ECF CASE
VENTURES, INC., MC TRIBECA LLC,               :
MR. CHOW NEW YORK ENTERPRISES,                :
INC., WILDMAN GROUP, INC., and                :
MICHAEL CHOW, individually,                   :
                                              :
            Defendants.                       :
                                              :
------------------------------------------------------------ x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Chow Enterprises, Ltd, T.C. Ventures, Inc., MC Tribeca LLC, Mr. Chow New York Enterprises, Inc., Wildman Group, Inc. and Michael Chow. I certify that I am admitted to practice in this court.

Dated: New York, NY
       October 3, 2007

[signature appears on following page]

        s/William A. Carmell
Signature


William A. Carmell (WC-7648)
Name Printed


        Office Address/Telephone Number:
        Ford & Harrison LLP
        100 Park Avenue, Suite 2500
        New York, NY 10017
        (212) 453-5900
        (212) 453-5959 (fax)
        wcarmell@fordharrison.com

NEW YORK:49476.1