

Philip K. Davidoff (PD-7488)
William Carnell (WC-7648)
FORD & HARRISON LLP
100 Park Avenue, 25th Floor
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
COSTIN DUMITRESCU, MARIN             :
ALEXANDRU, and JOSIP RICOV, on behalf  :   Civil Action No. 07-3601 (PKL)
of themselves and all others similarly situated,  :
                                      :
            Plaintiffs,               :   **SUBSTITUTION OF COUNSEL**
                                      :   **STIPULATION AND ORDER**
    -against-                         :
                                      :
MR. CHOW ENTERPRISES, LTD., T.C.      :
VENTURES, INC., MC TRIBECA LLC,       :   ECF CASE
MR. CHOW NEW YORK ENTERPRISES,        :
INC., WILDMAN GROUP, INC., and        :
MICHAEL CHOW, individually,           :
                                      :
            Defendants.               :
                                      :
-------------------------------------------------------- x

It is hereby stipulated and agreed that Ford & Harrison LLP is substituted in as counsel on behalf of all defendants in place of Fox Rothschild, LLP.

Dated: New York, NY
       October ___, 2007

[signatures appear on following page]

1

FOX ROTHSCHILD, LLP

By: _____
Carolyn D. Richmond (CR-0993)

100 Park Avenue, Suite 1500
New York, New York 10017
Phone: 212.878.7983
*Attorneys for Plaintiffs*

Dated: October 3, 2007

FORD & HARRISON LLP

By: _____
Philip K. Davidoff (PD-7488)
William Carmell (WC-7648)

100 Park Avenue, Suite 2500
New York, New York 10017
Phone: 212.453.5900
*Attorneys for Defendants*

Dated: October 3, 2007

SO ORDERED:    10/04/07

_____
Honorable Peter K. Leisure, U.S.D.J.

2

Philip K. Davidoff (PD-7488)
William Carmell (WC-7648)
FORD & HARRISON LLP
100 Park Avenue, 25th Floor
New York, NY 10017
Phone: 212.453.5900
Fax: 212.453.5959
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
COSTIN DUMITRESCU, MARIN                    :
ALEXANDRU, and JOSIP RICOV, on behalf       :   Civil Action No. 07-3601 (PKL)
of themselves and all others similarly situated, :
                                            :
                Plaintiffs,                 :
                                            :
    -against-                               :
                                            :   ECF CASE
MR. CHOW ENTERPRISES, LTD., T.C.            :
VENTURES, INC., MC TRIBECA LLC,             :
MR. CHOW NEW YORK ENTERPRISES,              :
INC., WILDMAN GROUP, INC., and              :
MICHAEL CHOW, individually,                 :
                                            :
                Defendants.                 :
                                            :
---------------------------------------------------------------- x

### AFFIDAVIT OF CAROLYN D. RICHMOND, ESQ. IN SUPPORT OF APPLICATION OF FOX ROTHSCHILD, LLP FOR DISPLACEMENT AS COUNSEL OF RECORD FOR DEFENDANTS PURSUANT TO LOCAL CIVIL RULE 1.4

STATE OF NEW YORK    )
COUNTY OF NEW YORK ) ss :

Carolyn D. Richmond, being duly sworn, deposes and says:

1.   I am a Partner of Fox Rothschild, LLP, attorneys for all defendants in the above-captioned matter. I submit this affidavit in support of Fox Rothschild's application for displacement as counsel for defendants in the above-captioned action by Ford & Harrison LLP

pursuant to Local Civil Rule 1.4. The statements contained herein are based on my personal knowledge.

2. I have been informed by Philip K. Davidoff and William Carnell of Ford & Harrison LLP, 100 Park Avenue, Suite 2500, New York, New York 10017, that they and their firm are ready and willing to assume representation of defendants as soon as the Court grants Fox Rothschild's application.

3. The posture of the case is as follows: an initial pretrial conference is scheduled before this Court on October 4, 2007.

Carolyn D. Richmond (CR-0993)

Sworn to before me this 3rd day of October, 2007

Notary Public

