Louis Pechman (LP-6395)
Berke-Weiss & Pechman LLP
488 Madison Avenue
New York, New York 10022
(212) 583-9500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU,  :
and JOSIP RICOV, on behalf of themselves       :      07 Civ 3601 (PKL) (HBP)
and all others similarly situated,                         :
                                                                           :      **NOTICE OF MOTION**
                              Plaintiffs,                         :
                                                                           :      **ECF CASE**
         -against-                                                 :
                                                                           :
MR. CHOW ENTERPRISES, LTD., T.C. VENTURES, :
INC., MC TRIBECA, LLC, MR. CHOW NEW       :
YORK ENTERPRISES, INC., WILDMAN             :
GROUP, INC., and MICHAEL CHOW,                 :
individually,                                                         :
                                                                           :
                              Defendants.                       :
------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affidavit of Marin Alexandru, the undersigned will move this Court before the Honorable Peter K. Leisure at the United States District Courthouse, 500 Pearl Street, Courtroom 18-B, New York, New York, 10007, for an Order pursuant to 29 U.S.C. § 216(b) certifying this case as collective action, approving their proposed collective action notice, and compelling defendants to disclose information regarding the putative

collective action members.

Dated:   New York, New York
         October 26, 2007

                                      BERKE-WEISS & PECHMAN LLP

                                      By: _____
                                          Louis Pechman (LP – 6395)
                                          488 Madison Avenue - 11th Floor
                                          New York, New York 10022
                                          (212) 583-9500
                                          *Attorneys for Plaintiffs*

TO:   William A. Carmell, Esq. (WC – 7648)
      Ford & Harrison LLP
      100 Park Avenue, Suite 2500
      New York, New York 10017
      (212) 453-5942
      *Attorneys for Defendants*