UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU, :
and JOSIP RICOV, on behalf of themselves :   07 Civ. 3601 (PKL) (HBP)
and all others similarly situated, :
:
                Plaintiffs, :   **CONSENT TO SUE**
:
   -against- :
:
MR. CHOW ENTERPRISES, LTD., T.C. VENTURES, :
INC., MC TRIBECA, LLC, MR. CHOW NEW :   **ECF CASE**
YORK ENTERPRISES, INC., WILDMAN :
GROUP, INC., and MICHAEL CHOW, :
individually, :
:
                Defendants. :
------------------------------------------------------------X

    I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Costin Dumitrescu et al. v. Mr. Chow Enterprises, Ltd., et al.*, 07 Civ. 3601 (PKL) (HBP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 10-25-_____, 2007

Signature: *Costin Dumitrescu*

Name: COSTIN DUMITRESCU

Address: 602 GRANDVIEW AVE, RIDGEWOOD QN-N.Y. ZIP 11385

Telephone: 718/3818387 CELL 646/4164140