UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU,
and JOSIP RICOV, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

     -against-

MR. CHOW ENTERPRISES, LTD., T.C. VENTURES,
INC., MC TRIBECA, LLC, MR. CHOW NEW
YORK ENTERPRISES, INC., WILDMAN
GROUP, INC., and MICHAEL CHOW,
individually,

                Defendants.
----------------------------------------------------------------X

07 Civ. 3601 (PKL) (HBP)

**CONSENT TO SUE**

**ECF CASE**

    I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Costin Dumitrescu et al. v. Mr. Chow Enterprises, Ltd., et al.*, 07 Civ. 3601 (PKL) (HBP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 10/25/, 2007

Signature: *[signature]*
Name: MARIN ALEXANDRU
Address: 146 MULBERRY ST APT 6 NYC NY 10013
Telephone: 917 406 1920