UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU,
and JOSIP RICOV, on behalf of themselves
and all others similarly situated,

                 Plaintiffs,

-against-

MR. CHOW ENTERPRISES, LTD., T.C. VENTURES,
INC., MC TRIBECA, LLC, MR. CHOW NEW
YORK ENTERPRISES, INC., WILDMAN
GROUP, INC., and MICHAEL CHOW,
individually,

                 Defendants.
-----------------------------------------------------------X

07 Civ. 3601 (PKL) (HBP)

**CONSENT TO SUE**

**ECF CASE**

    I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Costin Dumitrescu et al. v. Mr. Chow Enterprises, Ltd., et al.*, 07 Civ. 3601 (PKL) (HBP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 10/25, 2007

Signature: *[signed]*

Name: Josip Ricov

Address: 3211 31st Ave Apt 3
Astoria Queens NY 11106

Telephone: 1-201-543-1957