0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU,
and JOSIP RICOV, on behalf of themselves : 07 Civ. 3601 (PKL) (HBP)
and all others similarly situated,

     Plaintiffs,       : **CONSENT TO SUE**

  -against-

MR. CHOW ENTERPRISES, LTD., T.C. VENTURES,
INC., MC TRIBECA, LLC, MR. CHOW NEW  : **ECF CASE**
YORK ENTERPRISES, INC., WILDMAN
GROUP, INC., and MICHAEL CHOW,
individually,

     Defendants.
------------------------------------------------------------X

  I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Costin Dumitrescu et al. v. Mr. Chow Enterprises, Ltd., et al.*, 07 Civ. 3601 (PKL) (HBP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 26. 10. _____, 2007

Signature: [signature]
Name: Marjan Popovic
Address: 32-17, 37th St. #8
Astoria, N.Y. 11103
Telephone: 631-830-7511

2E