UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU,
and JOSIP RICOV, on behalf of themselves
and all others similarly situated,

                07 Civ. 3601 (PKL) (HBP)

          Plaintiffs,

                **CONSENT TO SUE**

    -against-

MR. CHOW ENTERPRISES, LTD., T.C. VENTURES,
INC., MC TRIBECA, LLC, MR. CHOW NEW          **ECF CASE**
YORK ENTERPRISES, INC., WILDMAN
GROUP, INC., and MICHAEL CHOW,
individually,

         Defendants.
------------------------------------------------------------X

      I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Costin Dumitrescu et al. v. Mr. Chow Enterprises, Ltd., et al.*, 07 Civ. 3601 (PKL) (HBP). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: 10/25/07, 2007

Signature: [signed]

Name: Tomas Aviles

Address: 459 - 41 St Apt 03
Brooklyn NY 11232

Telephone: (718) 854 3050