```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
COSTIN DUMITRESCU, MARIN          :
ALEXANDRU, and JOSIP RICOV, on behalf : Civil Action No. 07-3601 (PKL) (HBP)
of themselves and all others similarly situated, :
                                  :
        Plaintiffs,                :
                                  :
    -against-                      :
                                  : **STIPULATION**
MR. CHOW ENTERPRISES, LTD., T.C.   :
VENTURES, INC., MC TRIBECA LLC,    :
MR. CHOW NEW YORK ENTERPRISES,     :
INC., WILDMAN GROUP, INC., and    : **ECF CASE**
MICHAEL CHOW, individually,       :
                                  :
        Defendants.                :
-------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the Defendants Mr. Chow Enterprises, Ltd., T.C. Ventures, Inc., MC Tribeca, LLC, Mr. Chow New York Enterprises, Inc., Wildman Group, Inc. and Michael Chow (collectively "Defendants") shall have until Friday, December 21, 2007 to respond to Plaintiffs' Motion for Collective Action Certification. Plaintiffs shall have until Monday, February 4, 2008 to serve a reply, if any.

It is further stipulated and agreed that for the period from October 26, 2007 until the service of Defendants' responsive papers on December 21, 2008, the statute of limitations on putative plaintiffs' claims in the proposed collective action shall be tolled.

Dated: New York, New York
       December 19, 2007

FORD & HARRISON LLP                         BERKE-WEISS & PECHMAN LLP

By: _____               By: _____
Philip K. Davidoff (PD-7488)                Louis Pechman (LP-6395)
100 Park Avenue, Suite 2500                 488 Madison Avenue, 11th Floor
New York, NY 10017                          New York, New York 10022
(212) 453-5900                              (212) 583-9500

Attorneys for Defendants                    Attorneys for Plaintiffs

NEW YORK:50060.1