UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSTIN DUMITRESCU, MARIN ALEXANDRU,
and JOSIP RICOV, on behalf of themselves
and all others similarly situated,

                       Plaintiffs,

         -against-

MR. CHOW ENTERPRISES, LTD., T.C. VENTURES,
INC., MC TRIBECA, LLC, MR. CHOW NEW
YORK ENTERPRISES, INC., WILDMAN
GROUP, INC., and MICHAEL CHOW,
individually,

                       Defendants.
------------------------------------------------------------X

07 Civ 3601 (PKL) (HBP)

**AFFIDAVIT IN SUPPORT OF COLLECTIVE ACTION MOTION**

**ECF CASE**

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK )

      COSTIN DUMITRESCU, being duly sworn, deposes and, upon personal knowledge, says:

      1.    I am a plaintiff in the above captioned matter. I reside at 602 Grandview Avenue, Ridgewood, New York, 11385. This affidavit is submitted in support of plaintiffs' motion to certify a collective action for current and former captains, waiters, bartenders, and busboys at Mr. Chow restaurants located at 324 East 57th Street, New York, New York, 10022 ("Mr. Chow 57th Street") and 121 Hudson Street, New York, New York, 10013 ("Mr. Chow Tribeca") (collectively hereinafter "Mr. Chow").

      2.    I was employed first as a busboy, then as a waiter, and then a captain at Mr. Chow 57th Street and Mr. Chow Tribeca from 1995 until July of 2006.

      3.    The suggestion that Mr. Como and Mr. Muratovic were mere maitre d's and not managers of the restaurant is simply not true. In fact, they were referred to as managers and acted as managers. They ran the show at the restaurant and were at all

times the individual of the highest authority at the restaurant (unless Mr. Chow, himself, was present).

4. The claim that Mr. Como and Mr. Muratovic were not managers is belied by the business card of Mr. Como, which clearly indicates that Mr. Como is the "Manager" at Mr. Chow. A copy of that business card is annexed hereto as Exhibit A.

5. Other documents from Mr. Chow also show that Mr. Como and Mr. Muratovic were managers. For example, Brian Muratovic gave me a letter of recommendation dated November 19, 1998, on Mr. Chow letterhead, which was signed by Muratovic as "Manager." A copy of that letter is annexed hereto as Exhibit B.

6. Checks for parties of six or more do not have an added service charge; rather, they state that there is a "Gratuity 20.00%" added to the total. Notably, Mr. Chow's Daily Tip Distribution sheets include both "20% mandatory service charge[s]" and discretionary tips and do not distinguish between the two. The sheets merely list the total amounts of credit card and cash tips, and the distribution among the various employees – including a house share at a 20-point value. A copy of bills indicating the 20% gratuity is annexed hereto as Exhibit C. A copy of the Daily Tip Distribution from April 13, 2007 is annexed hereto as Exhibit D.

7. The managers at Mr. Chow receive tips from Mr. Chow customers while performing their duties at the door, sometimes in excess of $1000 per night. However, these tips are never included in the tip pool from which tips are distributed to employees. Annexed hereto as Exhibit E is a note by Muratovic indicating that he received $800 in tips at the door, on top of his cut from the pool, on January 8, 2004.

8. Mr. Muratovic had control over the hiring and firing of employees at Mr. Chow and set employee schedules. If employees needed to take vacation time or sick leave, they had to ask Mr. Como or Mr. Muratovic. In the case of sick leave, they had to

2

bring a doctor's note to the managers. The managers were responsible for assigning waiters to different sections of the restaurant, as well as assigning different tasks to them. In addition, the managers controlled the number of points employees had, thereby determining each employee's stake in the tip pool.

9.  The managers run the show at Mr. Chow and are the individuals who manage and make decisions at the restaurant. Defendants would have this Court believe that the restaurant runs by itself. The truth is that the managers are the individuals with the highest authority at the restaurants.

_____
COSTIN DUMITRESCU

Sworn to before me this
4th day of February, 2008

_____
NOTARY PUBLIC

LOUIS PECHMAN
Notary Public, State of New York
No. 02PE5079601
Qualified in Nassau County
Commission Expires June 9, 2024

3

# EXHIBIT A

*Gaspare Como*
MANAGER

MR CHOW 57TH
324 EAST 57TH STREET
NEW YORK, NY 10022
212 751 9030

MR CHOW TRIBECA
121 HUDSON STREET
NEW YORK, NY 10013
212 965 9500
gaspare@mrchow.com

DUMITRESCU 0001

# EXHIBIT B

To whom it may concern

I have known Costin since 1995, he got married in Oct. 1998 with Olga. They are a wonderful couple. We are good friends; we used to go out to clubs together he is a nice out going and simple guy.

Manager MR
Chow Res,
Brian Murati
212 751 9030
2/25/00

DUMITRESCU 0006

# EXHIBIT C

```
              MR CHOW
           121 Hudson St
          New York, NY 10013
            212-965-9500
           *  *  *  *  *  *
Server: Javier              05/02/2007
Cashier: Ned
Table 1/1                       10:18 PM
Guests: 7                         30063
Reprint #: 1

Evian (5 @10.00)                   50.00
Coke (6 @4.00)                     24.00
Absolut Mandarin (2 @11.00)        22.00
Crown Royal                        11.00
Prix Fixe (Dinner) (7 Guest)      378.00
  @ 54.00 per Guest
Absolut Mandarin (3 @11.00)        33.00
Tsing Tao (3 @7.00)                21.00
J&B (2 @11.00)                     22.00
Snow Pea Sprouts (4 @6.00)         24.00
Cappuccino                          5.00
Hot Tea                             4.00

Sub Total                         594.00
Tax                                49.75

Total                             643.75
Gratuity 20.00%                   118.80
Total                             762.55

Balance Due          762.55

     1968 LONDON    0207-589-7347
     1974 BEV. HILLS  310-278-9911
     1979 NY 57th ST. 212-751-9030
     2008    LAS VEGAS & MIAMI
     *****************************
     LUNCH OPEN PRIVATE EVENTS ONLY
```

```
              MR CHOW
           121 Hudson St
          New York, NY 10013
            212-965-9500
           *  *  *  *  *  *
Server: Dario               05/02/2007
Cashier: Ned
Table 17/1                       9:03 PM
Guests: 7                          10004
Reprint #: 1

Evian                              10.00
Pelligrino (2 @10.00)              20.00
Belvedere (4 @12.00)               48.00
House Chardonnay GLS (2 @15.00)    30.00
Bombay Saphire                     12.00
Stolichnaya Orange                 11.00
Grey Goose                         12.00
Ginger Ale                          4.00
Prix Fixe (Dinner) (5 Guest)      275.00
  @ 54.00 per Guest
Jade Har Gow (2 @11.50)            23.00
Stolichnaya Orange                 11.00
Ginger Ale (2 @4.00)                8.00
Grey Goose (7 @12.00)              84.00
Laurent Perrier-Glass              30.00
Tsing Tao (2 @7.00)                14.00
Chocolate Cake (2 @10.00)          20.00
Mixed Fruit                        10.00
Coconut Sorbet                     10.00
Pineapple Sorbet                   10.00
Pear Tart                          10.00

Sub Total                         755.00
Tax                                63.23

Total                             818.23
Gratuity 20.00%                   151.00
Total                             969.23

Amex #XXXXXXXXXXX1000             969.23
  Auth:513208

  Tip:
```

DUMITRESCU 0005

# EXHIBIT D

**MR CHOW – TRIBECA**
Daily Tip Distribution

Day: FRIDAY  Date: 4/13/07

| | Point | On | Total Tips | Tip Declaration |
|---|---|---|---|---|
| **CAPTAINS** | | | | |
| ISTAVAN | 19 | ✓ | 269 | 228 |
| DRAGOS | 17 | | | |
| LINO | 17 | ✓ | 241 | 204 |
| NED | 17 | ✓ | 241 | 204 |
| | | | | |
| **SERVERS** | | | | |
| DARIO | 15 | ✓ | 213 | 180 |
| HUGO | 15 | ✓ | 213 | 180 |
| CARMINE | 15 | ✓ | 213 | 180 |
| MUSA | 15 | | | |
| JAVIER | 14 | ✓ | 199 | 168 |
| GABRIEL | 12 | ✓ | 170 | 144 |
| | | | | |
| **BARTENDERS** | | | | |
| JOANNA | 14 | ✓ | 199 | 168 |
| **ASST. SERVERS** | | | | |
| FRANCISCO | 10 | ✓ | 142 | 120 |
| NAHUM | 7 | ✓ | 99 | 84 |
| NICHOLAS | 6 | | | |
| ALFREDO | 6 | ✓ | 85 | 72 |
| | | | | |
| **RUNNERS** | | | | |
| CRUZ | 10 | ✓ | 199 | 120 |
| CESAR | 9 | ✓ | 128 | 108 |
| ROBERTO | 8 | ✓ | 113 | 96 |
| ARTHUR | 8 | ✓ | 113 | 96 |
| JOSE | 7 | ✓ | 99 | 84 |
| JESUS | 6 | ✓ | 85 | 72 |
| | | | | |
| **RECEPTION** | | | | |
| SONIA | 3 | | | |
| STEPH | 3 | | | |
| House – Service 20 pts | | ✓ | $ 284 | |

| | |
|---|---|
| Total C.Card Tips | $ 2750 |
| Total Cash Tips | $ 503 |
| Private Party | $ |
| Bar Tips | $ |
| Cashier Tip | $ |
| Other Tip | $ |
| TOTAL TIPS | $ 3253 |
| Total Points | 229 |
| Each Point Value | $ 14.20 |

12.00

DUMITRESCU 0003

# EXHIBIT E

Thursday January 8, 2004

Thurs. Busy

271 Covers
nice [rest?]

$800 Door
582
1382

DUMITRESCU 0561