## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
COSTIN DUMITRESCU, MARIN : 
ALEXANDRU, and JOSIP RICOV, on behalf : Civil Action No. 07-3601 (PKL)
of themselves and all others similarly situated, :
:
Plaintiffs, :
:
: **STIPULATION AND ORDER OF**
-against- : **DISMISSAL**
:
MR. CHOW ENTERPRISES, LTD., T.C. :
VENTURES, INC., MC TRIBECA LLC, :
MR. CHOW NEW YORK ENTERPRISES, :
INC., WILDMAN GROUP, INC., and :
MICHAEL CHOW, individually, :
:
Defendants. :
:
------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Costin Dumitrescu, Marin Alexandru, and Josip Ricov, and Opt-In Plaintiffs Tomas Aviles and Marjan Popovic (collectively, "Plaintiffs") and Defendants Mr. Chow Enterprises, Ltd., T.C. Ventures, Inc., MC Tribeca LLC, Mr. Chow New York Enterprises, Inc., Wildman Group, Inc., and Michael Chow (collectively, "Defendants") in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants.

BERKE-WEISS & PECHMAN LLP                FORD & HARRISON LLP

By: _____            By: _____
    Louis Pechman (LP-6395)                   Philip K. Davidoff (PD-7488)

|  |  |
|---|---|
| 488 Madison Avenue, 11th Floor<br>New York, NY 10022<br>Phone: 212. 583. 9500 | 100 Park Avenue, Suite 2500<br>New York, New York 10017<br>Phone: 212. 453. 5900 |
| **Attorneys for Plaintiffs**<br>Dated: July 29, 2008 | **Attorneys for Defendants**<br>Dated: July 30, 2008 |

**SO ORDERED:**

_____
Honorable Peter K. Leisure, U.S.D.J.

NEW YORK:53385.3

-18-