```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
COSTIN DUMITRESCU, MARIN
ALEXANDRU, and JOSIP RICOV, on behalf
of themselves and all others similarly situated,

    Plaintiffs,

  -against-

MR. CHOW ENTERPRISES, LTD., T.C.
VENTURES, INC., MC TRIBECA LLC,
MR. CHOW NEW YORK ENTERPRISES,
INC., WILDMAN GROUP, INC., and
MICHAEL CHOW, individually,

    Defendants.
------------------------------------------------------------ x

Civil Action No. 07-3601 (PKL)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Costin Dumitrescu, Marin Alexandru, and Josip Ricov, and Opt-In Plaintiffs Tomas Aviles and Marjan Popovic (collectively, "Plaintiffs") and Defendants Mr. Chow Enterprises, Ltd., T.C. Ventures, Inc., MC Tribeca LLC, Mr. Chow New York Enterprises, Inc., Wildman Group, Inc., and Michael Chow (collectively, "Defendants") in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants.

BERKE-WEISS & PECHMAN LLP

By: _____
    Louis Pechman (LP-6395)

FORD & HARRISON LLP

By: _____
    Philip K. Davidoff (PD-7488)

-17-

488 Madison Avenue, 11th Floor  
New York, NY 10022  
Phone: 212. 583. 9500

100 Park Avenue, Suite 2500  
New York, New York 10017  
Phone: 212. 453. 5900

Attorneys for Plaintiffs  
Dated: July 29, 2008

Attorneys for Defendants  
Dated: July 30, 2008

**SO ORDERED:**

*/s/ Peter K. Leisure*  
Honorable Peter K. Leisure, U.S.D.J.

8/1/08

NEW YORK:53385.3

-18-